UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~Robert~~ Megan Rogers **Plaintiff(s)**

vs.

Hilary Rodham Clinton **Defendant(s)**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 11 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

Civil Case No.:
5:19-CV-175 (LEK/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ____ JURY   ____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Megan Rogers

   Address: 229 Duane St.
   Syracuse, NY 13208

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____

   Official Position: _____

   Address: _____

b.  Defendant: _____

  Official Position: _____

  Address: _____
  _____
  _____

c.  Defendant: _____

  Official Position: _____

  Address: _____
  _____
  _____

Additional Defendants may be added on a separate sheet of paper.

4.                         **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

1998? - Reported hate crime - was ignored

2007 - Another hate crime occurred - was ignored.
                    palatine
I am of german royalty and this has put our homeland security in danger!!

Black fund - Black Eagle

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_80 million dollars_
_my parental rights_

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/12/19

_[signature]_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

5.                    CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Emails

3u page Appeal

Black Eagle

### SECOND CAUSE OF ACTION

Wrote Hillary Clinton Foundation
U.S. Department of Security
FBI.
Local police etc.

### THIRD CAUSE OF ACTION

Court

b.  Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c.  Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

_____
_____
_____
_____
_____

15. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_Amunein Fraud in 80 million._

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

UNITED STATES DISTRICT COURT *Narcotics*
NORTHERN DISTRICT OF NEW YORK

_____
                              )
            Plaintiff(s)      )       Civil Case No.:
                              )
   vs.                        )       ***BIVENS***
                              )       **ACTION**
                              )
            Defendant(s)      )
_____

Plaintiff(s) demand(s) a trial by: ____ JURY ____ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:  *Bivens*

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a.  Plaintiff: _____

       Address: _____

       _____

       _____

Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: _____

       Official Position: _____

       Address: _____

       _____

       _____

## SECOND CAUSE OF ACTION

* Funding Safe home
Egyptian jewelry

## THIRD CAUSE OF ACTION

Reath to CPS

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

_____
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

8.  **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

Hate crime is a federal crime.

Committed by certain individuals predjudice against religion, gender of life.

Slander (CPS)

Domestic Terrirosm - She stole my fund.

9.  **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

10 million

5.                    CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

80 million dalars

Established for life

### SECOND CAUSE OF ACTION

Safe home
Trust fund

### THIRD CAUSE OF ACTION

Jail
prison

6. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

_80 millin huress_

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/29/19

_Megen Roger_

Signature of Plaintiff(s)
(all Plaintiffs must sign)